

FILED
IN CLERK'S OFFICE
US. DISTRICT COURT E.D.N.Y.
★ NOV 12 2019 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
ANTONINO BUSSA,

              Plaintiff,        <u>**MEMORANDUM AND ORDER**</u>
                                                18-CV-4623 (KAM)(RER)

      -against-

ST. JOHN'S UNIVERSITY,

             Defendant.
----------------------------------------X

**MATSUMOTO, United States District Judge:**

       On August 14, 2018, plaintiff Antonino Bussa, an aspiring graduate student, filed this *pro se* civil action against St. John's University, alleging that defendant's failure to provide information about graduate assistantships denied him a fair and equal opportunity to apply for the job and constituted employment discrimination in violation of Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117. ("ADA"). By Order dated January 8, 2019, the complaint was dismissed because it failed to state a claim for employment discrimination pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), but plaintiff was afforded thirty days to file an amended complaint. The Order further stated that "if plaintiff fails to amend his complaint within thirty days of the date this Order is entered on the docket, the Court shall dismiss this complaint for failure to state a claim on which relief may be granted and judgment shall enter." Plaintiff has not filed an amended

complaint or otherwise responded to the Court's Order and the time for doing so has passed.

Accordingly, the complaint is hereby dismissed. The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). The Clerk of Court is directed to enter judgment, serve a copy of this Order and the judgment on the *pro se* plaintiff, note service on the docket, and close this case.

**SO ORDERED.**

Dated: November 8, 2019
       Brooklyn, New York

/s/
**HON. KIYO A. MATSUMOTO**
United States District Judge
Eastern District of New York